(Reap. Dec. 8869)

MAURICE A. MACHRIS *v.* UNITED STATES

Entry No. 17114.

(Decided June 25, 1957)

*Stein & Shostak* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to an automobile that was exported from London, England, and entered at the port of Los Angeles, Calif.

Stipulated facts, upon which the case was submitted, establish that the proper basis for appraisement of the merchandise in question is cost of production, and that such statutory value for the automobile, including extras, is £ 5,038.12.6, less 15 per centum, plus £ 6, and I so hold. Judgment will be rendered accordingly.